1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

12   LARRY DUNN, et al.,                    Case No.: CV 20-420-DMG (JPRx)

13                    Plaintiffs,           **ORDER RE: STIPULATION TO**
                                            **PERMIT PLAINTIFFS TO FILE**
14          vs.                             **AN AMENDED COMPLAINT**
                                            **NO LATER THAN APRIL 13,**
15   CITY OF LOS ANGELES,                   **2020 [12]**

16                    Defendant.

17
18
19
20

21          The parties represent to the Court that, pursuant to Local Rule 7-3, on March

22   12, 2020 counsel for the parties engaged in a lengthy meet and confer regarding the

23   City's intent to move to dismiss the Amended Complaint.

24          The parties now file a Stipulation to Permit Plaintiffs to File an Amended

25   Complaint No Later Than April 13, 2020 to respond to some or all of the issues

26   raised in the meet and confer.  For the reasons set forth in the Stipulation, the

27   parties need additional time for Defendant to produce some preliminary documents

28   and for Plaintiffs to review and evaluate those documents and the authorities

provided by Defendant in the course of the meet-and-confer conference.

amendment.

Pursuant to L.R. 8-3, the parties previously stipulated to the extend the time for the City to respond to the initial Complaint until March 19, 2020.  The parties now submit this stipulated request to permit Plaintiffs to file a Second Amended Complaint no later than April 13, 2020.

The Court finds that the parties are acting expeditiously in this matter and that there is good cause to grant the requested Stipulation.

Accordingly, Plaintiffs are granted leave to and through April 13, 2020 to file a Second Amended Complaint.

IT IS SO ORDERED.

DATE: March 13, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE