CAROL A. SOBEL  SBN 84483
WESTON ROWLAND  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
t. 310 393-3055
e. carolsobel@aol.com
e. rowland.weston@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY DUNN, et al.,<br><br>   Plaintiffs,<br><br> vs.<br>CITY OF LOS ANGELES,<br><br>   Defendant. | CASE NO.: 2:20-cv-420-FLA (JPRx)<br>(Hon. Fernando Anelle-Rocha)<br><br>**JOINT STATUS REPORT**<br><br>Date: February 12, 2021<br>Time: None<br>Ctrm: 6B<br>Action Filed: Jan. 15, 2020 |

  This action was transferred to this Court on December 29, 2020 by order of the Chief Judge.  Previously, the Honorable Judge Dolly Gee entered an Order on December 15, 2020, granting the parties' request to continue the Rule 26 conference to permit settlement discussions.  [Dkt. 36].  The parties were directed to file a further joint status report or Joint Rule 26(f) Report by February 12, 2021.

  This case involves a challenge to the Administrative Citation Enforcement ("ACE") program of the Defendant City of Los Angeles.  Plaintiff Larry Dunn is a person with disabilities, who requires a reasonable accommodation to participate in the ACE program.

JOINT STATUS REPORT - 1

     Since mid-December, the parties have exchanged settlement proposals and engaged in almost three hours of settlement discussions. A further settlement meeting is set for February 22, 2021. The discussions include City staff with responsibility for implementation of the ACE program, disability compliance and members of the City Attorney's office. Attorneys with Disability Rights California also participated with the Plaintiffs in these discussions. The parties believe this process has been highly productive and are in agreement in principle on modifications required to provide reasonable accommodations and accessibility for the ACE program.

     The parties request that the Court permit the settlement discussions to continue and set a date for a further Joint Status Report.

Dated: February 11, 2021        LAW OFFICE OF CAROL A. SOBEL

                                            /s/ Carol A. Sobel
                                          By: CAROL A. SOBEL
                                          Attorneys for Plaintiffs

Dated: February 11, 2021        MICHAEL N. FEUER, CITY ATTORNEY
                                          KATHLEEN KENEALY, CH. ASST. CITY ATTORNEY
                                          SCOTT MARCUS, CH. CIVIL LITIGATION
                                          GABRIEL S. DERMER, ASST. CITY ATTY
                                          **FELIX LEBRON,** DEPUTY CITY ATTORNEY

                                            /s/ Felix Lebron
                                          By: FELIX LEBRON
                                          Attorneys for Defendant

All parties concur in this filing and authorize electronic signatures. (L.R. 5-4.3.4(a)(2)(i))

JOINT STATUS REPORT - 2