CAROL A. SOBEL  SBN 84483
WESTON ROWLAND  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
t.  310 393-3055
e.  carolsobel@aol.com
e.  rowland.weston@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARRY DUNN, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES,<br><br>            Defendant. | CASE NO.: 2:20-cv-420-FLA (JPRx)<br>(Hon. Fernando Anelle-Rocha)<br><br>**NOTICE OF COMPLETED SETTLEMENT AND REQUEST FOR DISMISSAL**<br><br>**Date: June 3, 2022**<br>**Time: None**<br>**Ctrm: 6B**<br>**Action Filed: Jan. 15, 2020** |

NOTICE OF COMPLETED SETTLEMENT   1

The parties have now completed the settlement in this action. A fully executed Settlement Agreement is attached at Exhibit A.

The action now having been completed, Plaintiffs request that the Court enter an order of dismissal with prejudice.

Dated: June 6, 2022                              LAW OFFICE OF CAROL A. SOBEL

                                                                   /s/  Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

NOTICE OF COMPLETED SETTLEMENT   1